HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY,<br><br>Plaintiff-in-Interpleader,<br><br>v.<br><br>ROBERT H. MATTHEW; KATHERINE LOUISE DICKSON; and SALLY ANNE HARRISON,<br><br>Defendants-in-Interpleader. | Case No. 16-cv-00527-RSL<br><br>AMENDED ORDER GRANTING STIPULATED MOTION FOR DISBURSAL OF FUNDS AND DISMISSING CASE |

THIS MATTER having come before the Court on the Defendants-in-Interpleader Robert H. Matthew, Katherine Louise Dickson, and Sally Anne Harrison's Stipulated Motion to Disburse Funds and Dismiss Case ("Stipulated Motion"). Having considered the parties' Stipulated Motion and all records and files herein it is hereby:

1. ORDERED that the Clerk of the court is Authorized and Directed to draw a check on the funds deposited in the registry of this court in the principal amount of $206,397.82, plus any and all accrued interest, minus any statutory user fees payable

AMENDED ORDER GRANTING STIPULATED MOTION FOR
DISBURSAL OF FUNDS AND DISMISSING CASE - 1
AMENDED ORDER GRANTING STIPULATED MOTION FOR
DISBURSAL OF FUNDS AND DISMISSING CASE - 1

HELSELL
FETTERMAN

Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144  WWW.HELSELL.COM

to: Jerome Perry, Esq., in his capacity as Personal Representative of the estate of Jacqueline J. Matthew; and

2. ORDERED that this matter is hereby DISMISSED with Prejudice and without an award of fees or costs to any party.

IT IS SO ORDERED.

DATED this 11th day of May 2017.

_____
Robert S. Lasnik
United States District Court Judge

AMENDED ORDER GRANTING STIPULATED MOTION FOR
DISBURSAL OF FUNDS AND DISMISSING CASE - 2

HELSELL
FETTERMAN

Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144  WWW.HELSELL.COM